# United States Bankruptcy Court

Delaware

In re  BRENDA A LYN ,                                              Case No. 10-13214

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Real Time Resolutions, Inc | JP Morgan Chase Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Real Time Resolutions, Inc

Court Claim # (if known):  14
Amount of Claim:  $   44,908.06
Date Claim Filed:  12/6/2010

1750 Regal Row Ste 120

Dallas Texas 75235

Phone: (877)340-9141                                                    Phone: (866)520-6447

Last Four Digits of Acct #:  2532                              Last Four Digits of Acct #:  2532

Name and Address where transferee payments should be sent (if different from above):
Real Time Resolutions, Inc
PO BOX 35888

Dallas Texas 75235

Phone:

Last Four Digits of Acct #:  2532

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cynthia Allman                                                                     Date: 7/5/2012
           Transferee/Transferee's Agent

*Penalty for making a false statement:*   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.